DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. |
| Letter of Request Issued by | ) |
| Eighth Family Court of Tlanepantla, Mexico | ) |

**ORDER**

This Court having reviewed the Application for Appointment of Commissioner filed in this matter and being fully advised in the premises,

IT IS HEREBY ORDERED that Troy K. Flake is appointed Commissioner in this matter in and may undertake the actions necessary to effectuate the answering and execution of the Letter of Request issued by the Eighth Family Court of Tlanepantla, Mexico, on November 7, 2012, in accordance with 28 U.S.C. § 1782 and the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6-21-17

1