STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: ) | Case No. 2:17-cv-00377-JAD-CWH |
| Letter of Request Issued by ) | **MOTION TO DISMISS CASE** |
| Eighth Family Court ) | |
| Tlanepantla, Mexico Aires, Argentina ) | ECF No. 3 |

Assistant United States Attorney Troy Flake was appointed commissioner in this case pursuant to 28 U.S.C. § 1782. The matter has been resolved. Accordingly, the United States moves to dismiss this action.

DATED this 25th day of September 2017.

            STEVEN W. MYHRE
            Acting United States Attorney

            */s/ Troy K. Flake*
            TROY K. FLAKE
            Assistant United States Attorney

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Dismiss Case [ECF No. 3] is GRANTED. The Clerk of Court is instructed to **DISMISS and CLOSE THIS CASE.**

            _____
            U.S. District Judge Jennifer Dorsey
            September 25, 2017